## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>-vs-<br>JAIDEN GYVAN PETERSEN,<br><br>                              Defendant. | Case No.        2:20-CR-0146-WFN-1<br>**CRIMINAL MINUTES**<br><br>DATE:         JUNE 7, 2023<br>LOCATION:  SPOKANE<br><br>**SENTENCING HEARING** |
|---|---|

| **Hon. Wm. Fremming Nielsen** | | |
|---|---|---|
| Joanna L. Knutson<br>**Courtroom Deputy** | Jon T. Burtard<br>**Law Clerk** | Allison R. Anderson<br>**Court Reporter** |
| Alison L. Gregoire<br>**Government Counsel** | | Amy H. Rubin<br>**Defense Counsel** |
| **United States Probation Officer:**   Carrie A. Valencia (Streaming) | | |

**[ X ] Open Court**            **[  ] Chambers**            **[  ] Telecon**

Defendant present in custody of United States Marshal with appointed counsel.

Initial comments by Court noting the history of this case, the 11(c)(1)(C) agreement entered into by the parties and advising he had reviewed all documents filed by the parties as well as the PSR. The Court ACCEPTED the parties' 11(c)(1)(C) Plea Agreement.

The Court confirmed with counsel that they had no objections to the content of the PSR. Court also confirmed with defense counsel that the Defendant had the opportunity to review the PSR and further queried Defendant as to whether he had any objections; Defendant indicated he did not. The Court accepted the Presentence Investigation Report.

Court inquired of Ms. Gregoire regarding individuals wishing to address the Court. Ms. Gregoire advised the individuals present are emotional and request she make the comments on their behalf but requests if they change their mind, that they be given the opportunity to address the Court. The Court will hear from anyone wishing to speak at any time during the hearing.

Ms. Gregoire addressed the Court with the Government's recommendation and also advised the Government is seeking restitution for minor victim 2 in the amount of $14,400 and $3,000 each to three series victims.

Ms. Rubin advised Defendant's sister was unable to attend this hearing and requested permission to play a video from Sierra Ramage in support of the Defendant's sister. Video played. Ms. Rubin addressed the Court with her recommendation.

The Court determined the applicable Guideline range and reviewed the 3553 factors. Defendant addressed the Court on his own behalf.

For the reasons stated on the record, the Court sentenced the Defendant as follows:

| **CONVENED:**  11:00 A.M. | **ADJOURNED:**  12:26 P.M. | **TIME:**  1:26 HR. | **CALENDARED**    **[ N/A ]** |
|---|---|---|---|

*United States –vs- Jaiden Gyvan Petersen*                       June 7, 2023
2:20-CR-0146-WFN-1                                                                                                  Page 2
Sentencing Hearing

| | |
|---|---|
| **Imprisonment:** | **240 Months** each as to Count 1 and Count 2, **CONCURRENT**, and with credit for any federal time served |
| **Supervised Release:** | **Life** on both Count 1 and Count 2, **CONCURRENT,** with mandatory, standard, and special conditions as set out in the PSR. Upon inquiry of the Court, defense counsel concurred that the special conditions are set out in the Presentence Investigation Report and there was no need to review them in open court. |
| **Fine:** | Waived |
| **Restitution:** | **$23,400 TOTAL** as follows:<br>   **$14,400** to Victim 2, E.L., interest waived<br>   **$ 9,000 Total** to series victims ($3,000 each to "Fiona", "Jenny", and "Tara", interest waived |
| **JVTA Assessment:** | Waived on Court finding Defendant is indigent |
| **Special Assessment:** | **$ 200** – Inmate Financial Responsibility Program |

Appeal rights waived by Plea Agreement including Defendant's right to file a post-conviction 2255 motion <u>except</u> one based upon ineffective assistance of counsel. Court agrees to write a letter to the Bureau of Prisons recommending Defendant be designated to FMC Devens, Massachusetts as well as that he be allowed to participate in the residential sex offender treatment program.

The Court GRANTED the Government's oral motion to dismiss Counts 3 and 4 of the Indictment. Upon agreement of the parties, the Final Order of Forfeiture was signed by the Court.