## UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF WASHINGTON

**WM. FREMMING NIELSEN**
*Senior Judge*

*Post Office Box 1493*
*Spokane, Washington 99210-1493*
*Telephone 509-458-5290*
*Facsimile 50-458-5291*

May 14, 2024

Designation and Sentence Computation Center
Grand Prairie Office Complex
United States Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas  75051

Re:   Jaiden Gyvan Petersen
      <u>Case No. 2:20-CR-0146-WFN-1</u>

Dear Sir or Madam:

This letter serves to correct an erroneous term of imprisonment stated in the letter dated June 8, 2023, in this matter.

On June 7, 2023, Mr. Petersen was sentenced to **240 months** on his plea of guilty to child pornography charges.  He is a young man and in need of further education and appropriate treatment.

It has been requested that Mr. Petersen serve his period of incarceration at FMC Devens in Ayer, Massachusetts, in hopes that he can participate in the residential sex offender treatment program.

The Court feels the request is reasonable and concurs with it.

Very truly yours,

Wm. Fremming Nielsen
Senior U.S. District Judge

L24\20cr0146:jlk

c:   Amy H. Rubin
     Alison L. Gregoire
     Carrie A. Valencia